## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 13-4484

Jason Collura v. Nicholas Ford, et al

(District Court No. 2-13-cv-04066)

## ORDER

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. Misc. LAR 107.2(b), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant/ petitioner failed to file a brief and appendix as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: April 17, 2015

Jason Collura
Craig R. Gottlieb, Esq.
Oleg V. Nudelman, Esq.
Jeffrey M. Scott, Esq.

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.