UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 13-4484

JASON COLLURA,
Appellant

v.

NICHOLAS JAMES FORD; PAMELA PRYOR DEMBE;
MARY POLITANO; CITY OF PHILADELPHIA;
STEFFEN BOYD; STEVEN AUSTIN; CHARLES HOYT;
ROBERT J. MALVESUTO

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2:13-cv-04066)
District Judge: Honorable Gene E.K. Pratter

Submitted Pursuant to Third Circuit LAR 34.1(a)
December 7, 2015
Before: AMBRO, GREENAWAY, JR. and SLOVITER, Circuit Judges

## JUDGMENT

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on December 7, 2015. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered October 15, 2013, be and the same is hereby affirmed. Costs taxed against the Appellant. All of the above in accordance with the opinion of this Court.

ATTEST:
s/ Marcia M. Waldron
Clerk

Dated:    January 14, 2016

Certified as a true copy and issued in lieu of a formal mandate on February 16, 2016

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**