IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J.C., *individually, and all others similarly situated*, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 15-4745 |
| | : | |
| NICHOLAS FORD, *et al.*, | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JASON COLLURA, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 13-4066 |
| | : | |
| NICHOLAS JAMES FORD, *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 18th day of September, 2017, upon consideration of the court's May 17, 2017 Order to show cause as to why the above-captioned cases should not be consolidated (ECF No. 34), Defendants' Responses (ECF Nos. 35 and 36), and Plaintiff's Response (ECF No. 38), it is hereby **ORDERED** as follows:

1. *J.C. v. Ford*, No. 15-cv-4745 is **CONSOLIDATED** for all purposes with *Collura v. Ford*, No. 13-cv-4066;

2. *Collura v. Ford*, No. 13-cv-4066 is to serve as **LEAD** case;

3. Plaintiff shall **FILE** a consolidated amended complaint within fourteen days after the date this Order is entered;[1]

4. Defendants shall **FILE** a response to the consolidated amended complaint within fourteen days after the date the consolidated amended complaint is filed;

---

[1] For the avoidance of doubt, the only surviving claims pertain to purported violations of Plaintiff's due process, First Amendment, and Fourth Amendment rights (as well as several incidental state law claims), arising out of his time on probation, as alleged in both actions against Nicholas J. Ford, Mary Politano, Steffen Boyd, Steven Austin, Charles Hoyt, and Robert Malvestuto (sued improperly under the name Malvsuto). All other claims against any defendants have been properly dismissed.

1

5. Any and all future pleadings and filings, including responses thereto, must be **CAPTIONED** and **FILED** under *Collura v. Ford*, No. 13-cv-4066; and

6. *J.C. v. Ford*, No. 15-cv-4745 shall be marked **CLOSED** for statistical and all purposes.

**FURTHER**, upon consideration of Plaintiff's Motion to Sever (ECF No. 42), Defendants' Response (ECF No. 43), and Plaintiff's Reply (ECF No. 48), it is hereby **ORDERED** that said Motion is **DENIED**.

**FURTHER**, upon consideration of this Order requiring Plaintiff to file a consolidated amended complaint and directing the Clerk of Court to mark case No. 15-cv-4745 as closed, it is hereby **ORDERED** that Defendants' motion to dismiss the outstanding claims against Ford (No. 15-cv-4745, ECF No. 3) is **DENIED** without prejudice as moot.

**FURTHER**, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the undersigned is **RECUSED** from all further proceedings in the above-captioned cases.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. Darnell Jones, II   J.