IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON COLLURA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 13-4066 |
| NICHOLAS JAMES FORD, et al., | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| J.C., *individually, and all others similarly situated*, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 15-4745 |
| | : | |
| NICHOLAS FORD, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this __19th__ day of March, 2018, upon consideration of the following:

1. The Court's September 18, 2017 Order (Doc. 161) and Memorandum Opinion (Doc. 160);[1]

2. Plaintiff's Motion for Full or Partial Summary Judgment (Doc. 163);

3. Plaintiff's Motion for Full or Partial Judgment on the Pleadings (Doc. 164);

4. Plaintiff's Motion for Default Judgment (Doc. 166);

5. Defendants' Response to Plaintiff's Motion for Summary Judgment [] (Doc. 167);

---

[1] In entering the September 18, 2017 Order, the Court consolidated Civil Action No. 15-4745 with Civil Action No. 13-4066 such that Civil Action No. 13-4066 would serve as the lead case and Civil Action No. 15-4745 would be closed. The Parties shall ensure that all filings be docketed under Civil Action No. 13-4066 going forward, consistent with the Court's September 18, 2017 Order.

1

6.      Defendants' Response to Plaintiff's Motion for Full or Partial Judgment on the Pleadings [] (Doc. 169);

7.      Defendants' Response to Plaintiff's Motion for Reconsideration/Motion for Default [] (Doc. 168);

8.      Plaintiff's Reply to Ford's Response to Motion for Default, Judgment on the Pleadings and Summary Judgment (Doc. 170),

**IT IS HEREBY ORDERED AND DECREED** as follows:

1.      Plaintiff shall comply with all provisions contained in the Court's September 18, 2017 Order and Memorandum Opinion **within thirty (30) days** of the date of this Order;[2]

2.      Plaintiff's Motion for Full or Partial Summary Judgment (Doc. 163) is **DENIED WITHOUT PREJUDICE AS PREMATURE**;[3]

3.      Plaintiff's Motion for Full or Partial Judgment on the Pleadings (Doc. 164) is **DENIED WITHOUT PREJUDICE AS PREMATURE**; and

---

[2] Among other things, Plaintiff must submit a consolidated amended complaint as directed in the Court's September 18, 2017 Order.  Plaintiff's submission of a consolidated amended complaint should provide clarity to the essential allegations against Defendants so that litigation can proceed.

[3] Plaintiff's Motion for Full or Partial Summary Judgment (Doc. 163), Plaintiff's Motion for Full or Partial Judgment on the Pleadings (Doc. 164), and Plaintiff's Motion for Default Judgment (Doc. 166) (collectively "Plaintiff's Motions") are premature in view of the Court's September 18, 2017 Order directing Plaintiff to file a consolidated amended complaint and Plaintiff's noncompliance with the Order.  The Court's present denial of Plaintiff's Motions is without prejudice to Plaintiff refiling the Motions in the future.

4. Plaintiff's Motion for Default Judgment (Doc. 166) is **DENIED WITHOUT PREJUDICE AS PREMATURE**.

**BY THE COURT:**

**/s/ Petrese B. Tucker**

_____

**Hon. Petrese B. Tucker, U.S.D.J.**