IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON COLLURA | : Civil Action No. 13-4066 |
| | : |
| v. | : **Jury Trial Demanded** |
| | : |
| NICHOLAS JAMES FORD, | : |
| PAMELA PRYOR DEMBE, MARY POLITANO, | : |
| CITY OF PHILADELPHIA, STEFFEN BOYD, | : |
| STEVEN AUSTIN, CHARLES HOYT and | : |
| ROBERT J. MALVESUTO | : |

# **ORDER**

AND NOW, this       day of            2019, upon consideration of Plaintiff's Motion for Reconsideration (Docket #192), Motion for Default Judgment (Docket #193) and Motion for Summary Judgment (Docket #194) and Defendants' Response thereto, it is hereby **ORDERED** and **DECREED** that Plaintiff's Motions are **DENIED**.

BY THE COURT:

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON COLLURA | : Civil Action No. 13-4066 |
| | : |
| v. | : **Jury Trial Demanded** |
| | : |
| NICHOLAS JAMES FORD, | : |
| PAMELA PRYOR DEMBE, MARY POLITANO, | : |
| CITY OF PHILADELPHIA, STEFFEN BOYD, | : |
| STEVEN AUSTIN, CHARLES HOYT and | : |
| ROBERT J. MALVESUTO | : |
| | : |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION (DOCKET #192), MOTION FOR DEFAULT JUDGMENT (DOCKET #193) AND MOTION FOR SUMMARY JUDGMENT (DOCKET #194)**

**I.  INTRODUCTION**

Plaintiff's disagreement with each and every ruling of the Court, is manifest. His prolific motions practice in support of his views is in keeping with his repeated threats to magnify the costs of litigation "for decades".  Defendants will respond to Plaintiff's frivolous motions so long as they continue.  To limit the time and expense of preparing such responses, and the commensurate time spent by the Court in reviewing them, where appropriate, Defendants will respond with a two page response in opposition to each motion, incorporating by reference their responses to each motion filed by Plaintiff and request that the Court order more thorough briefing on this particular motion by plaintiff, if Your Honor deems it appropriate.  Further, Defendants incorporate the September 18, 2017 Order of the Honorable Darnell C. Jones (Docket #53), and the March 19, 2018 Order of the Court (Docket #171) which directs Plaintiff to file an Amended Complaint, which renders Plaintiff's instant motion moot, or, at the very least, premature.

II. **CONCLUSION**

Defendants respectfully respect that this Honorable Court deny Plaintiff's Motions and enter such other order(s) or sanction(s) against Plaintiff as the Court deems appropriate.

                                 **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

BY: _____
CHRISTOPHER BOYLE, ESQUIRE
ID#  PA93002
620 Freedom Business Center, Suite 300
King of Prussia, PA 19406
(610) 354-8476 Fax (610) 354-8299
Email:  cpboyle@mdwcg.com
Attorney for Defendants

DATE:  April 22, 2019
LEGAL/122230803.v1

2

## CERTIFICATE OF SERVICE

I, Christopher Boyle, Esquire, do hereby certify that a true and correct copy of the foregoing Defendants' Response to Plaintiff's Motion for Reconsideration (Docket #192), Motion for Default Judgment (Docket #193) and Motion for Summary Judgment (Docket #194) was electronically filed with the Court on April 22, 2019 and is available for viewing and downloading from the ECF System. All counsel of record were served via electronic notification. Same was forwarded to Plaintiff, via first class mail, to the below listed address:

P.O. Box 934
Philadelphia, PA 19105

                              **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

BY: _____
CHRISTOPHER BOYLE, ESQUIRE
ID# PA93002
620 Freedom Business Center, Suite 300
King of Prussia, PA 19406
(610) 354-8476 Fax (610) 354-8299
Email: cpboyle@mdwcg.com
Attorney for Defendants

DATE: April 22, 2019
LEGAL/122230803.v1