IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON COLLURA, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 13-4066** |
| NICHOLAS JAMES FORD, et al., | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this __30th__ day of May, 2019, upon consideration of the following:

1.  The Court's September 18, 2017 Order (ECF No. 161) and Memorandum

    Opinion (ECF No. 160), by which the Court ordered Plaintiff to submit a

    consolidated amended complaint so that this case could proceed;

2.  The Court's March 19, 2018 Order (ECF No. 171), by which the Court ordered

    Plaintiff to submit a consolidated amended complaint consistent with the Court's

    September 18, 2017 Order and Memorandum Opinion;

3.  The Court's March 14, 2019 Order (ECF No. 189), by which the Court again

    ordered Plaintiff to submit a consolidated amended complaint consistent with the

    Court's September 18, 2017 Order and Memorandum Opinion; and

4.  Plaintiff's "Rule 59(E) Motion for Reconsideration of March 14th, 2019 Filing"

    (ECF No. 192), by which Plaintiff asserts that the Court's March 14, 2019 Order

    is "garbage is void and should be vacated";

5.  Plaintiff's Motion for Default Judgment (ECF No. 193), which was filed in lieu of

    complying with the Court's September 18, 2017 Order and Memorandum

1

Opinion, the Court's March 19, 2018 Order, and the Court's March 14, 2019

Order; and

6.       Plaintiff's Motion for Summary Judgment, which was also filed in lieu of

complying with the Court's September 18, 2017 Order and Memorandum

Opinion, the Court's March 19, 2018 Order, and the Court's March 14, 2019

Order (ECF No. 194);

**IT IS HEREBY ORDERED AND DECREED** that the Plaintiff's Motions (ECF Nos.

192, 193, and 194) are **DISMISSED** as prematurely filed and because Plaintiff has again failed

to comply with the Court's Orders.

**IT IS FURTHER ORDERED** that this case is **DISMISSED** under Federal Rule of Civil

Procedure 41(b) because Plaintiff has consistently failed to comply with the Court's Orders,

including the Court's September 18, 2017 Order and Memorandum Opinion, the Court's March

19, 2018 Order, and the Court's March 14, 2019 Order (ECF No. 194), and the Clerk of Court

shall mark this case **CLOSED**.

**BY THE COURT:**
**/s/ Petrese B. Tucker**

_____

**Hon. Petrese B. Tucker, U.S.D.J.**