IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| J.C.<br>   Plaintiff | :<br>:<br>:  Civil Action |
| v. | :  No. 13-4066 [1] |
| Nicholas James Ford, Pamela Pryor Dembe,:<br>Mary Politano, Steffen Boyd, Steven Austin,<br>Charles Hoyt, Robert J. Malvesuto<br>   Defendants | : |

## PLAINTIFFS' RULE 60B MOTION

 Both plaintiffs bring this Rule 60b motion, for this case and the other one in which they illegally barred the other plaintiff from filing, for the reasons already articulated on the record for years.

**Rule 60 (b) (1)**

 We know there are countless mistakes, one after another also inadvertence. Singular acts are sufficient let alone cumulatively. The rule also "permits a [real] court to correct its own inadvertence," <u>San Luis & Delta-Mendota Water Auth. v. U.S. Dep't of Interior</u>, 624 F. Supp. 2d 1197, 1208 (E.D. Cal. 2009). Relief is due.

**Rule 60(b)(4)**

 We know you lacked jurisdiction, the power, and also subject matter jurisdiction to even take hold of the case, due process was also was lacking. Everything that came from you including the

---

[1] This motion is also for 15- 4745, that plaintiff joins.

final garbage is null and void. None of this was collateral to the merits. You already had at least one case erased, do it now before they do it.

**60 (b)(6)**

There is no doubt that there extraordinary circumstances here, as already detailed for years, and obviously none of this was a tinge of the plaintiff's fault. Relief is due.

## CONCLUSION

The garbage is null and void and should be vacated.

J.C. Plaintiff (for the other plaintiff)

Dated: May 17th, 2020

1

# USPS Priority Mail Label

**US POSTAGE PAID**
$7.75
Origin: 19110
05/29/20
4165940179-18
Retail

**PRIORITY MAIL 1-DAY®**
0 Lb 3.30 Oz
1006
EXPECTED DELIVERY DAY: 05/30/20
C019

SHIP TO:
601 MARKET ST
RM 2609
PHILADELPHIA PA 19106-1732

USPS TRACKING® NUMBER
9505 5132 4139 0150 2656 68

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

0000 1000 0014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PRESS FIRMLY TO SEAL

**PRIORITY MAIL**
FLAT RATE
POSTAGE REQUIRED
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Box 934
Phila, PA 19105

TO: Clerk, District Court
601 Market St. Rm 2609
Phila, PA 19106

JUN -1 2020

Label 228, March 2016
FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.