# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON COLLURA, | : | |
| | : | |
| **Plaintiffs,** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 13-4066 |
| | : | |
| **NICHOLAS JAMES FORD,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this __11th__ day of December 2020, upon consideration of the Plaintiff's Rule 60b Motion (ECF 203), **IT IS HEREBY ORDERED AND DECREED** that the motion is **DENIED**.

**BY THE COURT:**

**/s/ Petrese B. Tucker**

_____
**Hon. Petrese B. Tucker, U.S.D.J.**